Sandford S. Swaim, Appellant, v. Thomas Fahey and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott and Dowling, JJ.

Kline Brothers & Company, Appellant, v. The Colonial Assurance Company, Respondent. Kline Brothers & Company, Appellant, v. Factors Fire Insurance Company, Respondent. Kline Brothers & Company, Appellant, v. Rimouski Fire Insurance Company, Respondent. Kline Brothers & Company, Appellant, v. York Fire Insurance Company, Respondent. Julius Marqusee, Appellant, v. Roger Williams Fire and Marine Insurance Company, Respondent. — Judgments and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Abendroth & Root Manufacturing Company, Appellant, v. W. S. Frazier & Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. (Dowling, J., dissented.)

Alexander V. Fraser and Another, as Executors, etc., Respondents, v. The City of New York, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on *Smith* v. *City of Rochester* (76 N. Y. 506) and *O'Meara* v. *Mayor, etc.* (1 Daly, 425). Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Richard H. W. Baker and Others, Respondents, v. Samuel H. Couch and Others, Appellants.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Jesse C. Bennett and Another, Respondents, v. William D. Campbell and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott and Dowling, JJ.

American Ice Company, Appellant, v. The City of New York and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Robert A. Knight, as Assignee, Respondent, v. Simon Rothschild, as Surviving Partner, etc., Appellant.— Judgment affirmed, with costs, on 132 Appellate Division, 274. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.